UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ROBERT R. DYER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:24-cv-00353-NT |
| | ) | |
| KAMALA D. HARRIS, et al., | ) | |
| | ) | |
| Defendants | ) | |

**SUPPLEMENTAL RECOMMENDED DECISION**

Upon review of Plaintiff's complaint, I recommended the Court dismiss the matter for lack of subject matter jurisdiction. (Recommended Decision, ECF No. 10.) Plaintiff subsequently filed a "corrected complaint" (ECF No. 12) and an "updated complaint." (ECF No. 13.) After review of Plaintiff's filings, I discern no reason to alter the analysis and conclusion in the Recommended Decision. Accordingly, for the reasons set forth in the Recommended Decision, I recommend the Court dismiss this matter.

**NOTICE**

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. Section 636(b)(1)(B) for which de novo review by the district court sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof.

Failure to file a timely objection shall constitute a waiver of the right to de novo review by the district court and to appeal the district court's order.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 19th day of November, 2024.